1  PAMELA E. COGAN (SBN 105089)
   ROBERT M. FORNI, JR. (SBN 180841)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 500
3  Redwood City, CA 94063-2052
   Telephone: (650) 364-8200
4  Facsimile: (650) 780-1701
   E-mail: pcogan@rmkb.com, rforni@rmkb.com
5
   Attorneys for Defendants,
6  LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
   and THE CHARLES SCHWAB DISABILITY PLAN (erroneously sued as the
7  "CHARLES SCHWAB & CO., INC., LONG TERM DISABILITY INCOME
   PLAN")
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| JULIA BROWN, | CASE NO. 4:12-CV-05593-YGR |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER STRIKING PLAINTIFF'S JURY DEMAND FROM COMPLAINT** |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, CHARLES SCHWAB & CO., INC., LONG TERM DISABILITY INCOME PLAN, DOES ONE THROUGH DOE THIRTY-FIVE, INCLUSIVE, | |
| Defendants. | |

**WHEREAS**, this action arises under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. Section 1132;

**WHEREAS**, effective January 1, 2005, The Charles Schwab Disability Plan ("the Plan"), erroneously sued as the "Charles Schwab & Co., Inc., Long Term Disability Income Plan," was insured under a group disability income policy issued by Liberty Life Assurance Company of Boston ("Liberty Life") to Charles Schwab & Co., Inc, the sponsor of the Plan;

**WHEREAS**, the complaint in this action pleads one claim against all defendants for relief under ERISA, arising from the denial of benefits under the Plan to which plaintiff alleges she is entitled;

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1
2
**WHEREAS**, plaintiff requested a jury trial in this action in her Complaint, a request that cannot be granted under ERISA;

3
4
**IT IS STIPULATED** that the jury trial requested by plaintiff shall be, and hereby is, stricken from her Complaint on the grounds that she has no right to a jury trial for her claim for relief under ERISA, because "the remedies available to a participant or beneficiary under ERISA are equitable in nature and the Seventh Amendment does not require that a jury trial be afforded for claims made by participants or beneficiaries." (*Thomas v. Oregon Fruits Products Co.*, 228 F.3d 991, 997 (9th Cir. 2000).)

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur in the Stipulation's content and have authorized its filing.

**IT IS SO STIPULATED**.

Dated: December 19, 2012    LAW OFFICES OF BENNETT M. COHEN

By: /s/ *Bennett M. Cohen*
BENNETT M. COHEN
Attorneys for Plaintiff, JULIA BROWN

Dated: December 19, 2012    ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ *Robert M. Forni, Jr.*
PAMELA E. COGAN
ROBERT M. FORNI, JR.
Attorneys for Defendants, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and The CHARLES SCHWAB DISABILITY PLAN

///
///
///
///
///

- 2 -
RC1/6694612.1/SMT

STIPULATION AND ORDER STRIKING JURY DEMAND
CASE NO. 4:12-CV-05593-YGR

### [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, plaintiff's demand for jury trial is hereby stricken from in the complaint in this action.

Dated: January 2, 2013      By: _____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

- 3 -
RC1/6694612.1/SMT

STIPULATION AND ORDER STRIKING JURY DEMAND
CASE NO. 4:12-CV-05593-YGR